UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04596-PJS-DLM

Abdelkader I.,

        Petitioner,

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security, U.S. Department of Homeland Security, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, David Easterwood, Acting Director, St. Paul Field Office Immigrations and Customs Enforcement, Eric Tollefson, Sheriff of Kandiyohi County,

        Respondents.

**ORDER**

All parties who have appeared having jointly filed a stipulation to the immediate release of Petitioner Abdelkader I. on an order of supervision with conditions pursuant to its regulations, 8 C.F.R. § 241.5,

IT IS THEREFORE HEREBY ORDERED

This habeas action is dismissed without prejudice and the matter is remanded to the United States Immigration and Customs Enforcement (ICE) for the immediate release of Petitioner from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5.

Dated: December 18, 2025
                                              /s/ Patrick J. Schiltz
                                              Patrick J. Schiltz, Chief Judge
                                              United States District Court